# Eoannou, Lana & D'Amico
## Attorneys At Law

CORNELL MANSION
484 DELAWARE AVENUE
BUFFALO, NEW YORK 14202

Thomas J. Eoannou
Anthony J. Lana
Michael L. D'Amico

TEL: (716) 885-2889
FAX: (716) 883-2163
email: admin@lawoffice484.com

_Associates_
Jeremy D. Schwartz
Peter T. Juliano

Albert M. Ranni
(1943-1997)
John Ives
(1943-1999)

May 24, 2007

Kevin Muscoreil
Law Clerk

Honorable George Yanthis
300 Quarropas Street, Ground Floor
White Plains, NY 10601-1901

RE: USA v. GEORGE FEROLETO

Honorable George Yanthis,

7 Cr 317 (SCR)

This letter is sent to request permission for Mr. Feroleto to travel to Baltimore, MD for work related purposes tomorrow, May 25, 2007. He would like to pick up his clients at 7am at 25 Castlewalk Drive, Scarsdale, New York and take them to John Hopkins hospital, approximately four hours away. The clients expect to be with their doctor for two hours and then return home. Mr. Feroleto expects to be home at approximately 7 pm. During this visit Mr. Feroleto will have no unsupervised contact with minors.

As you are aware, the Court's conditions of release included home confinement with electric monitoring. However, the court modified the conditions of release to allow Mr. Feroleto to travel for work related purposes. To date, Mr. Feroleto has been compliant with all his conditions of release.

We are in the process of the contacting the US Attorney and will contact the Court as soon as we hear from them. (We are having difficulty getting through to her.)

Please contact me if any further information is necessary.

Sincerely,

Thomas J. Eoannou, Esq.

APPLICATION GRANTED
SO ORDERED:
GEORGE A. YANTHIS, USMJ
5/24/07