

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 20, 2007

The Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

    Re:    <u>United States v. George Feroleto</u>, 07 Cr. 317 (SCR)

Dear Judge Robinson:

    As discussed with Your Honor's Deputy, the next conference in the above-referenced matter has been re-scheduled from June 22, 2007, to July 27, 2007, at 11:30 a.m.

    The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between June 22, 2007 and July 27, 2007. This will <u>permit the Government and the defense to have discussions concerning the possibility of a disposition before trial</u>. The Government makes this request with the consent of counsel for the defendant.

*[Handwritten endorsement:] The time from June 26, 2007 to July 27, 2007 is excluded from the Speedy Trial Act calculation in the interests of justice and for the reasons set forth above.*

Respectfully Submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Nola Heller

Nola B. Heller
Assistant United States Attorney
(914) 993-1939

cc:    Thomas J. Eoannou, Esq. (By Fax)

**SO ORDERED**
/s/ Stephen C. Robinson
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
6/26/07