# Eoannou, Lana & D'Amico
## Attorneys At Law

CORNELL MANSION
484 DELAWARE AVENUE
BUFFALO, NEW YORK 14202

Thomas J. Eoannou
Anthony J. Lana
Michael L. D'Amico

TEL: (716) 885-2889
FAX: (716) 883-2163
email: admin@lawoffice484.com

*Associates*
Jeremy D. Schwartz
Peter T. Juliano

Albert M. Ranni
(1943-1997)
John Ives
(1943-1999)

Kevin Muscoreil
Law Clerk

September 13, 2007

Honorable Stephen C. Robinson
United States Courthouse
300 Quarropas Street, Ground Floor
White Plains, NY 10601-1901

**MEMO ENDORSED**

RE:   USA v. GEORGE FEROLETO

07CR317

Dear Judge Robinson:

This letter is sent to request permission for Mr. Feroleto to travel to the Waldoff on East Post Road in White Plains, NY in the morning of the first and third Wednesday of every month. Mr. Feroleto requests the permission to travel to get a bi-weekly haircut. Provided there is no wait, the haircut takes approximately a half an hour. During this time Mr. Feroleto will have no unsupervised contact with minors.

As you are aware, the Court's conditions of release included home confinement with electric monitoring. However, the court modified the conditions of release to allow Mr. Feroleto to travel for work related purposes. To date, Mr. Feroleto has been compliant with all his conditions of release.

We have contacted Assistant United States Attorney, Ms. Nola Heller as well as Mr. Vincent Adams from pre-trial supervision and neither had any objection to this request. Please contact me if any further information is necessary.

Sincerely,

Thomas J. Eoannou, Esq.

*Mr. Feroleto is granted permission to travel to get one haircut on the first Wednesday of each month.*

**SO ORDERED**
Stephen C. Robinson
UNITED STATES DISTRICT JUDGE
9/15/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____