UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

vs.

GEORGE FEROLETO,

Defendant

ORDER

07:CR-317

---

Upon motion of the Defendant for an ORDER allowing for the Defendant to extend the voluntary surrender date, it is hereby ORDERED that the Defendant surrender to the custody of the United States Marshall Service on February 18, 2008 by 2:00 p.m.

**SO ORDERED**

Dated: January 25, 2008

*Stephen C. Robinson*

Honorable Stephen C. Robinson
United States District Court Judge

